

```
                FILED
        CLERK, U.S. DISTRICT COURT

            02/27/2024

       CENTRAL DISTRICT OF CALIFORNIA
       BY:      AP        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:24-mj-00073 |
| v. | 2:24-CR-20029 TLP |
| OSCAR MUNGUIA RAMIREZ aka "CASPER" | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: UNITED STATES OF AMERICA
in the Western District of Tennessee on February 20, 2024
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 841(a)(1); 846
to wit: _____

A warrant for defendant's arrest was issued by: US Magistrate Judge Wendy R. Oliver

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            Date



Signature of Agent

Casey Carl
Print Name of Agent

Drug Enforcement Administration
Agency

Special Agent
Title

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT